| | |
|---|---|
| 1 | DAVID S. BRADSHAW (SBN 44888) |
| | LISA G. MERCURIO (SBN 167463) |
| 2 | JACKSON LEWIS SCHNITZLER & KRUPMAN |
| | 1215 "K" Street, Suite 1800 |
| 3 | Sacramento, California  95814 |
| | Telephone:  (916) 341-0404 |
| 4 | Facsimile:  (916) 341-0141 |
| 5 | Attorneys for Defendant |
| | OFFICE DEPOT, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE

| | |
|---|---|
| NEAL GALLEGOS, individually and on behalf of all others similarly situated, | Case No. CV-01-20962 JF |
| Plaintiff, | **NOTICE OF SUBSTITUTION OF ATTORNEYS** |
| v. | |
| OFFICE DEPOT, INC., a corporation, dba "Office Depot"; and DOES 1-20, inclusive, | Trial Date:         None Set |
| | Complaint Filed:   April 27, 2001 |
| | Removal Filed:     September 13, 2001 |
| Defendants. | |

TO THE COURT AND ATTORNEYS FOR PLAINTIFF:

PLEASE TAKE NOTICE that David S. Bradshaw and Lisa G. Mercurio with the law offices of Jackson Lewis Schnitzler & Krupman are now handing this matter on behalf of Defendant Office Depot, Inc.  Please substitute Lisa G. Mercurio as counsel of record for

///
///
///
///
///
///
///

NOTICE OF SUBSTITUTION OF ATTORNEYS                                  Case No. CV-01-20962 JF

1

1 | Defendant in this matter and please direct all future correspondence to:

2
3
4
5

                Lisa G. Mercurio, Esq.
                Jackson Lewis Schnitzler & Krupman
                1215 "K" Street, Suite 1800
                Sacramento, California  95814
                Telephone:  (916) 341-0404
                Facsimile:  (916) 341-0141

6 | Date:  January 24, 2002          JACKSON LEWIS SCHNITZLER & KRUPMAN

7

8 |                 By:  _____s/Lisa G. Mercurio_____
9 |                     DAVID S. BRADSHAW
                    LISA G. MERCURIO
10 |                     Attorneys for Defendant
                    OFFICE DEPOT, INC.

11 | H:\O\Office Depot (17364)\Gallegos (50828)\Pleadings\017-pld substitution of attorneys.doc

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF SUBSTITUTION OF ATTORNEYS          Case No. CV-01-20962 JF

PROOF OF SERVICE

CASE TITLE:    GALLEGOS v. OFFICE DEPOT, INC.

CASE NUMBER:   UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
CASE NO. C-01-20962JF

I declare that:

I am employed in the County of Sacramento, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 1215 K Street, Suite 1800, Sacramento, California.

On January 24, 2002, I served the following:

**NOTICE OF SUBSTITUTION OF ATTORNEYS**

in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Kevin J. McInerney, Esq.
Kelly McInerney, Esq.
McInerney & McInerney
18124 Wedge Parkway, Suite 503
Reno, NV 89511

Matthew Righetti, Esq.
Righetti & Wynne
456 Montgomery Street, Suite 1400
San Francisco, CA 94101

I am familiar with the office's practice for collection and processing of correspondence for mailing with the United States Postal Service, that the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business, and that the document served was placed for deposit in the United States mail in accordance with the office practice, with postage thereon fully prepaid, at Sacramento, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on January 24, 2002, at Sacramento, California.

                                            s/Susan M. Aldridge
                                              Susan M. Aldridge