Kevin J. McInerney, Esq., SBN 46941
Kelly McInerney, Esq., SBN 200017
McInerney & McInerney
18124 Wedge Parkway #503
Reno, NV 89511
Telephone:   (775) 849-3811
Facsimile:    (775) 849-3866

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NEAL GALLEGOS**, et al.,<br><br>         Plaintiffs,<br>v.<br><br>**OFFICE DEPOT, INC.,** et al.,<br><br>         Defendants. | **Case No.: C01-20962 JF**<br><br>Judge: Jeremy Fogel<br>Dept: 3 |
| Related and Consolidated Action<br><br>**JOSE RICO**, et al.,<br><br>         Plaintiffs<br>v.<br><br>**OFFICE DEPOT, INC.,** et al.,<br><br>         Defendants. | **Case No.: Co2-563 JF**<br><br>**STIPULATION AND PROPOSED ORDER TO REMAND CONSOLIDATED ACTIONS TO THE SANTA CLARA SUPERIOR COURT** |

The parties, by their undersigned counsel, stipulate as follows:

1. The Rico action was initially filed in the United States District Court for the Central District of California. Federal jurisdiction appeared through an alleged cause of action for violation of the Fair Labor Standards Act.

2. The Rico action was thereafter transferred to this Court by stipulation. However, federal jurisdiction was lost when the Fair Labor Standards Act count was voluntarily dismissed.

3.  The Gallegos action was initially filed in the Superior Court of California in the County of Santa Clara. It was removed to this Court on the basis of diversity of citizenship.

4.  The Gallegos action was thereafter consolidated with the Rico action. The claims of the plaintiff in the Rico action, Jose Rico, however, do not satisfy the minimum jurisdictional requirement of $75,000.

5.  The parties agree that there is no basis for continued federal jurisdiction and agree that it is appropriate for this Court to remand the consolidated actions to the Santa Clara Superior Court without any award of cost or fees.

McINERNEY & McINERNEY

DATED: September 9, 2002                By:_____
                                           Kevin J. McInerney
                                           Attorney for Plaintiffs


LAW OFFICES OF ALLAN A. SIGEL

DATED: _____, 2002                 By:_____
                                           Allan Sigel
                                           Attorney for Plaintiffs


WESTRUP, KLICK & ASSOCIATES

DATED: _____, 2002                 By:_____
                                           Philip Poliner
                                           Attorney for Plaintiffs

|  |  |
|---|---|
|  | RIGHETTI WYNNE |
| DATED: _____, 2002 | By:_____ |
|  | Matthew Righetti |
|  | Attorney for Plaintiffs |
|  |  |
|  | JACKSON LEWIS |
| DATED: _____, 2002 | By:_____ |
|  | David Bradshaw |
|  | Attorney for Defendants |

**ORDER**

The foregoing stipulation is so ordered. The Clerk of this Court is directed to remand these consolidated actions to the Santa Clara Superior Court and to expeditiously transfer the files to that Court to effectuate this remand.

DATED: _____, 2002

_____
Jeremy Fogel
United States District Court Judge

**STIPULATION AND PROPOSED ORDER TO REMAND CONSOLIDATED ACTIONS TO THE SANTA CLARA SUPERIOR COURT**